1  McGREGOR W. SCOTT
   United States Attorney
2  COURTNEY J. LINN
   Assistant U.S. Attorney
3  501 I Street, 10th Floor
   Sacramento, California  95814
4  Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>     v.<br><br>APPROXIMATELY $8,710.00 IN U.S. CURRENCY, and<br><br>APPROXIMATELY $8,790.00 IN U.S. CURRENCY,<br><br>                Defendants. | 2:05-CV-02539-GEB-JFM<br><br>**STIPULATION AND ORDER EXTENDING THE UNITED STATES' TIME TO FILE A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE** |
|---|---|

    It is hereby stipulated by and between the United States of America and claimants Roberto C. Romo, Jose A. Romo, Araceli Romo, and Maria de Jesus Casillas de Romo ("Claimants"), by and through their respective attorney, as follows:

    1.  On or about September 15, 2005, Claimants filed claims, in the administrative forfeiture proceedings, with the Drug Enforcement Administration with respect to the approximately $8,710.00 in U.S. Currency and the approximately $8,790.00 in U.S. Currency (the "currency"), which was seized on or about June 15, 2005.

1   2.   The Drug Enforcement Administration has sent the written
2 notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to
3 all known interested parties.  The time has expired for any person
4 to file a claim to the currency under 18 U.S.C. § 983(a)(2)(A)-(E),
5 and no person other than the Claimants have filed a claim to the
6 currency as required by law in the administrative forfeiture
7 proceeding.
8   3.   Under 18 U.S.C. § 983(a)(3)(A), the United States is
9 required to file a complaint for forfeiture against the currency
10 and/or to obtain an indictment alleging that the currency is
11 subject to forfeiture within 90 days after a claim has been filed
12 in the administrative forfeiture proceedings, unless the court
13 extends the deadline for good cause shown or by agreement of the
14 parties.
15   4.   As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish
16 by agreement to extend to January 31, 2006, the time in which the
17 United States is required to file a civil complaint for forfeiture
18 against the currency and/or to obtain an indictment alleging that
19 the currency is subject to forfeiture.
20   5.   Accordingly, the parties agree that the deadline by which
21 the United States shall be required to file a complaint for
22 forfeiture against the currency and/or to obtain an indictment
23 ///
24 ///
25 ///
26 ///
27 ///
28

2

alleging that the currency is subject to forfeiture shall be extended to January 31, 2006.

DATED: 12/14/05                McGREGOR W. SCOTT
                               United States Attorney

                               /s/ Courtney J. Linn
                               COURTNEY J. LINN
                               Assistant U.S. Attorney


DATE: 12-14-05                 /s/ Fred N. Dawson
                               FRED N. DAWSON
                               Attorney for Claimants Roberto C.
                               Romo, Jose A. Romo, Araceli Romo, and
                               Maria de Jesus Casillas de Romo

                               (Original signature retained by
                               attorney)

**IT IS SO ORDERED.**

Dated:   December 16, 2005

                               /s/ Garland E. Burrell, Jr.
                               GARLAND E. BURRELL, JR.
                               United States District Judge

3