McGREGOR W. SCOTT
United States Attorney
JASON HITT
COURTNEY J. LINN
Assistant U.S. Attorneys
501 I Street, 10th Floor
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>APPROXIMATELY $8,710.00 IN U.S. CURRENCY, and<br><br>APPROXIMATELY $8,790.00 IN U.S. CURRENCY,<br><br>Defendants.<br><br>ROBERTO C. ROMO, JOSE A. ROMO, ARACELI ROMO, and MARIA DE JESUS CASILLAS DE ROMO,<br><br>Potential Claimants. | 2:05-CV-02539-GEB-JFM<br><br>CONSENT JUDGMENT OF FORFEITURE |

Pursuant to the Stipulation for Consent Judgment of Forfeiture, the Court finds:

1. On June 29, 2005, Roberto Romo was indicted pursuant to 21 U.S.C. §§ 841(a)(1) and 846.

2. On May 11, 2005, Roberto Romo drove an individual to a drug transaction where an undercover agent purchased six ounces of

ice methamphetamine for $4,500.00. On May 26, 2005, this same individual sold the undercover agent a half pound of ice methamphetamine for $5,500.00 at a location immediately next to the hotel where Roberto Romo had previously been followed. Following this transaction, the individual was observed walking into the hotel, meeting with Roberto Romo. On June 15, 2005, the individual agreed to sell the undercover agent one and a half pounds of methamphetamine. The individual was subsequently observed in the company of Roberto Romo across the street from the transaction location and was observed obtaining the methamphetamine from Roberto Romo and walking it across the street to the undercover agent where the individual was arrested. On or about June 15, 2005, officers located and seized $8,710.00 in U.S. Currency in Roberto Romo's bedroom during the execution of a federal search warrant at the residence located at 221 Gleason Avenue, Vallejo, California. In this bedroom, officers also located Roberto Romo's indicia as well as a clothing bag identical to the one in which the methamphetamine had been delivered. Without admitting these facts, Roberto Romo stipulates that there is a factual basis for forfeiting the approximately $8,710.00 in U.S. Currency. On June 15, 2005, officers also located and seized $8,790.00 in U.S. Currency in Raul Romo's bedroom during the execution of a federal search warrant at the residence located at 117 Laguna Street, Vallejo, California.

3. Roberto Romo has acknowledged that he is the sole owner of the defendant approximately $8,710.00 in U.S. Currency and that no other person or entity has any legitimate claim of interest therein.

4. This Court has jurisdiction in this matter pursuant to 28 U.S.C. §§ 1345 and 1355, as this is the judicial district in which acts or omissions giving rise to the forfeiture occurred.

5. This Court has venue pursuant to 28 U.S.C. § 1395, as this is the judicial district in which property was seized.

6. The parties herein desire to settle this matter pursuant to the terms of a duly executed Stipulation for Consent Judgment of Forfeiture.

Based upon the above findings, and the Court being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED:

7. The Court adopts the Stipulation for Consent Judgment of Forfeiture entered into by and between the parties.

8. All right, title and interest in the approximately $8,710.00 in U.S. Currency seized on or about June 15, 2005, shall be forfeited to the United States pursuant to 21 U.S.C. § 881(a)(6), to be disposed of according to law.

9. Upon entry of a Consent Judgment of Forfeiture herein, but no later than 30 days thereafter, the U.S. Marshals Service shall issue a check in the amount of $8,790.00 in U.S. Currency made payable to Jose A. Romo, Araceli Romo and Maria de Jesus Casillas de Romo. Payment shall be sent to attorney Jonathan C. Turner at Blackmon & Associates located at 813 Sixth Street, Suite 450, Sacramento, California 95814.

10. Plaintiff United States of America and its servants, agents, and employees and all other public entities, their servants, agents and employees, are released from any and all liability arising out of or in any way connected with the seizure

and/or forfeiture of defendant property. This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of said seizure and/or forfeiture, as well as to those now known or disclosed. The parties to the Stipulation filed herein have agreed to waive the provisions of California Civil Code § 1542, which provides: **"A general release does not extend to claims which the creditor does not know or suspect to exist in his favor at the time of executing the release, which if known by him must have materially affected his settlement with the debtor."**

11. Pursuant to the Stipulation for Consent Judgment of Forfeiture filed herein, the Court finds that there was probable cause for the seizure of defendant property, and a Certificate of Probable Cause pursuant to 28 U.S.C. § 2465 shall be entered accordingly.

12. Roberto Romo acknowledges that he obtained, or waived to obtain, the advice of counsel prior to executing the above-referenced stipulation, and that he entered into it knowingly and voluntarily.

13. All parties will bear their own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: January 25, 2006

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge

**CERTIFICATE OR REASONABLE CAUSE**

Pursuant to the Stipulation for Consent Judgment of Forfeiture filed herein, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the seizure of the above-described property.

Dated: January 25, 2006

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge